IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD DILWORTH, ET AL.                                                              PLAINTIFFS

v.                                       No. 5:05CV00242 GH

LINCOLN ELECTRIC COMPANY, ET AL.                                                  DEFENDANTS

### ORDER

In conformity with the answer filed here on August 19th, the Clerk is directed to modify his records to reflect the correct name of "Deloro Stellite, L.P." as that defendant instead of the name of "Deloro Stellite Company, Inc." contained in the complaint. The parties are directed to use the correct caption in all future pleadings.

IT IS SO ORDERED this 29th day of August, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE