A CERTIFIED TRUE COPY

OCT 13 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2005

JAMES W. McCORMACK, CLERK
By: /s/ P. Williams
　　　　　　　　　DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1535

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

5:05cv242 GH

IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-31)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 258 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 13 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /s/ Jennifer Smolinski
　　Deputy Clerk

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

ARKANSAS EASTERN
  ARE  2  05-210            Matt Fair, et al. v. Lincoln Electric Co., et al.
  ARE  3  05-199            Anthony P. Chaney, et al. v. Lincoln Electric Co., et al.
  ARE  4  05-1136           Robert Cortese, Sr. v. Lincoln Electric Co., et al.
  ARE  4  05-1138           Burl Cook v. Lincoln Electric Co., et al.
  ARE  5  05-242            Howard Dilworth, et al. v. Lincoln Electric Co., et al.
  ARE  5  05-243            Eddie L. Williams, et al. v. Lincoln Electric Co., et al.

ARKANSAS WESTERN
  ARW  1  05-1069           Johnny Hudson, et al. v. Lincoln Electric Co., et al.
  ARW  1  05-1071           Eric Mackey, et al. v. Lincoln Electric Co., et al.

CALIFORNIA EASTERN
  CAE  1  05-1038           James Bradberry v. BOC Group, Inc., et al.

ILLINOIS SOUTHERN
  ILS  3  05-600            Paul E. Dunn, et al. v. American Welding Society, et al.

KENTUCKY WESTERN
  KYW  4  05-118            Christopher Boling v. Lincoln Electric Co., et al.

MICHIGAN WESTERN
  MIW  1  05-542            Calvin Brown v. A.O. Smith Corp., et al.
  MIW  1  05-543            Matthew Caterino v. A.O. Smith Corp., et al.
  MIW  1  05-544            Christopher Swierczynski v. A.O. Smith Corp., et al.